**Steve D. Larson,** OSB No. 863540
Email: slarson@stollberne.com
**Joshua L. Ross,** OSB No. 034387
Email: jross@stollberne.com
STOLL STOLL BERNE LOKTING
& SHLACHTER P.C.
209 S.W. Oak Street, Fifth Floor
Portland, Oregon 97204
Telephone:    (503) 227-1600
Facsimile:     (503) 227-6840

**Diana E. Godwin**, OSB No. 761495
Email: DianaGodwin@earthlink.net
Law Office of Diana E. Godwin
1500 NE Irving Street Suite 370
Portland, Oregon  97232
Telephone: (503) 224-0019
Facsimile: (503) 229-0614

**Attorneys for Plaintiff**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| Lincoln City Physical Therapy, LLC, | Case No.:   3:11-cv-01452-BR |
| Plaintiff(s), | |
| v. | |
| Travelers Casualty and Surety Co.; Travelers Casualty and Surety Company of America; Travelers Casualty Company of Connecticut; Travelers Casualty Insurance Company of America; Travelers Commercial Casualty Co.; Travelers Commercial Insurance Company; The Travelers Indemnity Company; Travelers Indemnity Company of America; and Travelers Property Casualty Company of America, | NOTICE OF VOLUNTARY DISMISSAL (F.R.C.P. 41(a)(1)(A)(i)) |
| Defendant(s). | |

Page 1 **-** NOTICE OF VOLUNTARY DISMISSAL (F.R.C.P. 41(a)(1)(A)(i))

STOLL STOLL BERNE LOKTING & SHLACHTER P.C.
209 S.W. OAK STREET
PORTLAND, OREGON 97204
TEL. (503) 227-1600   FAX (503) 227-6840

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Lincoln City Physical Therapy, LLC, hereby gives notice that the above-captioned action is voluntarily dismissed without prejudice.  Defendants have not served any answers or motions for summary judgment.  This dismissal is without prejudice and without costs or fees to any party.

DATED this 3rd day of March, 2014.

STOLL STOLL BERNE LOKTING & SHLACHTER P.C.


By: s/Joshua L. Ross
   **Steve D. Larson,** OSB No. 863540
   **Joshua L. Ross,** OSB No. 034387

209 SW Oak Street, 5th Floor
Portland, OR 97204
Telephone:  (503) 227-1600
Facsimile:   (503) 227-6840
Email:        slarson@stollberne.com
              jross@stollberne.com

**-AND-**

**Diana E. Godwin**, OSB No. 761495
Email: DianaGodwin@earthlink.net
Law Office of Diana E. Godwin
1500 NE Irving Street Suite 370
Portland, Oregon  97232
Telephone: (503) 224-0019
Facsimile: (503) 229-0614

**Attorneys for Plaintiff**

Page 2 - NOTICE OF VOLUNTARY DISMISSAL (F.R.C.P. 41(a)(1)(A)(i))

STOLL STOLL BERNE LOKTING & SHLACHTER P.C.
209 S.W. OAK STREET
PORTLAND, OREGON 97204
TEL. (503) 227-1600   FAX (503) 227-6840